# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0806
_____

ALEXANDER ESTRADA,

Appellant,

v.

OFFICE OF CRIMINAL CONFLICT
AND CIVIL REGIONAL COUNSEL
and ALAN C. BUSHNELL,

Appellees.

_____

On appeal from the Circuit Court for Hamilton County.
Kathryn R. Land, Judge.

August 29, 2025

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Alexander Estrada, pro se, Appellant.

No appearance for Appellees.